CAUSE NO. D-1-GN-25-002049

| | | |
|---|---|---|
| IN RE HAYS COUNTY, TEXAS<br>*Plaintiff* | §<br>§<br>§<br>§<br>§<br>§ | DISTRICT COURT FOR THE<br><br>126TH JUDICIAL DISTRICT<br><br>TRAVIS COUNTY, TEXAS |

CONSOLIDATED WITH
CAUSE NO. 24-2885 (HAYS COUNTY)

| | | |
|---|---|---|
| LESLIE CARNES, JIM CAMP,<br>CATHY RAMSEY, and GABRIELLE<br>MOORE<br>*Intervenor Counter-Plaintiffs*<br><br>V.<br><br>COUNTY OF HAYS, RUBEN<br>BECERRA, DEBBIE INGALSBE,<br>MICHELLE COHEN, LON SHELL,<br>and WALT SMITH, in their official<br>capacities<br>*Counter-Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br>OF HAYS COUNTY, TEXAS<br><br><br><br><br><br><br>207TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

On June 17 and 18, 2025, the Court conducted the hearing on Intervenor/Counter-Plaintiffs Leslie Carnes, Jim Camp, Cathy Ramsey and Gabrielle Moore's (collectively, the "Intervenors/ Counter-Plaintiffs") Motion for Summary Judgment on Intervenor/Counter-Plaintiffs' Election Contest and also conducted the trial on Hays County, Texas's ("Petitioner") First Amended Petition for Expedited Declaratory Judgment ("Petition") brought under Chapter 1205 of the Texas Government Code. Petitioner, the Intervenor/Counter-Plaintiffs, and the Attorney General of Texas appeared through counsel of record. After considering the pleadings on file, all admissible evidence properly before the Court, and arguments of counsel, the Court, in its order signed June 23, 2025,

1

granted Intervenor/Counter-Plaintiffs' Election Contest and declared void the November 5, 2024 Hays County Proposition A road-bond election.

IT IS, THEREFORE,

ORDERED, ADJUDGED, AND DECREED that Petitioner's First Amended Petition for Expedited Declaratory Judgment is DENIED in its entirety. IT IS FURTHER

ORDERED, ADJUDGED, AND DECREED that Petitioner's requests for declarations as to the validity and legality of the public security authorizations that are the subject matter of its Petition are hereby DENIED. IT IS FURTHER

ORDERED, ADJUDGED, AND DECREED that this Final Judgment, with respect to each matter adjudicated at trial and each such matter that could have been raised is binding, conclusive, and final against Hays County, Texas, the Hays County Commissioners Court, Ruben Becerra, Debbie Ingalsbe, Michelle Cohen, Lon Shell, and Walt Smith, in their official capacities, the Texas Attorney General, the Intervenor/Counter-Plaintiffs, and all who reside in Hays County, including property owners and taxpayers in Hays County, and all who have or claim a right, title, or interest in any property or money to be affected by the public security authorizations or the issuance of the public securities made the subject of this lawsuit. IT IS FURTHER

ORDERED, ADJUDGED, AND DECREED that, with respect to the consolidated cases, other than the relief granted in the Order on the Intervenor/Counter-Plaintiffs' Motion for Summary Judgment signed on June 23, 2025, all relief not expressly granted herein is denied. IT IS FURTHER

ORDERED, ADJUDGED, AND DECREED that all court costs are adjudged against Petitioner. IT IS FURTHER

2

ORDERED, ADJUDGED, AND DECREED that this Final Judgment finally disposes of all parties and all claims and constitutes a FINAL JUDGMENT.

SIGNED this __26th__ day of June, 2025.

_____
Catherine Mauzy
Presiding District Court Judge

APPROVED AS TO FORM:

MCGINNIS LOCHRIDGE LLP

  /s/ Ian Davis                              _Signed by permission_
Michael Shaunessy
mshaunessy@mcginnislaw.com
Ian Davis
idavis@mcginnislaw.com
Austin Jones
ajones@mcginnislaw.com
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
_Attorneys for Plaintiff/Counter-Defendants Hays County, Texas, Ruben Becerra, Debbie Ingalsbe, Michelle Cohen, Lon Shell, and Walt Smith, in their official capacities_

ALESHIRELAW, P.C.

  /s/ Bill Aleshire                          _Signed by permission_
Bill Aleshire
bill@aleshirelaw.com
3605 Shady Valley Drive
Austin, Texas 78739
_Attorney for Intervenor/Counter-Plaintiffs Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrielle Moore_

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

/s/ Lynn Saarinen
Lynn Saarinen
Assistant Attorney General
lynn.saarinen@oag.texas.gov
300 West 15th Street, 12th Floor
Austin, Texas 78701-1649
_Attorney for Ken Paxton, Attorney General of Texas_